UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BRENDON SCHLITZ,

                              Petitioner,

        -against-                                    9:05-CV-1575
                                                       (LEK/VEB)
T.S. CRAIG,

                              Respondent.
_____

## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on June 30,

2008, by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 25).

        Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance

with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge

Bianchini's Report-Recommendation.  Furthermore, after examining the record, the Court has

determined that the Report-Recommendation is not subject to attack for plain error or manifest

injustice.

        Accordingly, it is hereby

        **ORDERED**, that the Report-Recommendation (Dkt. No. 25) is **APPROVED** and

**ADOPTED** in its **ENTIRETY**; and it is further

1

**ORDERED**, that Schlitz's Petition for a writ of habeas corpus (Dkt. No. 1) is **DENIED and**

**DISMISSED in its entirety**; and it is further

**ORDERED**, that no Certificate of Appealability shall issue with regard to any of

Petitioner's claims; and it is further

**ORDERED,** that the Clerk serve a copy of this Order on the parties.

**IT IS SO ORDERED.**


DATED:      Aug 07, 2008
            Albany, New York

_____
            Lawrence E. Kahn
            U.S. District Judge

2